MELENDIA

v.

PEOPLE OF THE VIRGIN ISLANDS

No. 3952

Circuit Court of Appeals

Third Circuit

December 10, 1928

*See, also, 29 F.2d 741*

D. H. JACKSON, Christiansted, St. Croix, Virgin Islands, *for appellant*

J. C. FOX, Christiansted, St. Croix, Virgin Islands, *for the People*

Before BUFFINGTON, WOOLLEY, and DAVIS, *Circuit Judges*

PER CURIAM

Property feloniously taken from the owner's house was found in the personal possession of the accused. As he made an unsatisfactory explanation of how he had ac-

quired it, we find that the rule of evidence in larceny cases in respect to property recently stolen and found in the possession of one other than the owner was not improperly applied. 17 R.C.L. 71 - 74.

The judgment is affirmed.